**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-7289**

REX I. HATFIELD; EVERLY K. HATFIELD,

    Petitioners - Appellants,

  v.

D. L. YOUNG, Warden,

    Respondent - Appellee.

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley.  Irene C. Berger, District Judge.  (5:18-cv-01265)

Submitted:  January 21, 2020       Decided:  January 24, 2020

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Rex I. Hatfield, Everly K. Hatfield, Appellants Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rex I. Hatfield and Everly K. Hatfield, federal prisoners, appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on their joint 28 U.S.C. § 2241 (2018) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Hatfield v. Young*, No. 5:18-cv-01265 (S.D.W. Va. Sept. 3, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*